No. 417 May 7, 2025 415

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

STEPHANIE ANNE HORESKY,
*Defendant-Appellant.*

Deschutes County Circuit Court
23CR31503; A182567

Raymond D. Crutchley, Judge.

Submitted April 2, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Erik Blumenthal, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Egan, Judge, and Joyce, Judge.

PER CURIAM

Remanded for resentencing; otherwise affirmed.

### PER CURIAM

Defendant pleaded guilty and was convicted of one count of attempted first-degree burglary. The trial court imposed 36 months of probation as her sentence. Although not announced in open court at sentencing, the judgment also contains a provision requiring defendant to "pay any required per diem fees." Defendant challenges the provision regarding per diem fees. The state concedes that the court erred in imposing that term without having announced it at sentencing and that a remand for resentencing is necessary. We accept that concession as well taken. *See State v. Barr*, 331 Or App 242, 244, 545 P3d 772, *rev den*, 372 Or 720 (2024) (remanding for resentencing where a requirement to pay per diem fees was not announced in open court at sentencing and appeared for the first time in the judgment).

Remanded for resentencing; otherwise affirmed.